IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL STRICKLAND and<br>BRENDA STRICKLAND | PLAINTIFFS |
| v. | CAUSE NO. 1:16CV35-LG-RHW |
| HARVEY ADAMS and STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE COMPANY | DEFENDANTS |

## AGREED ORDER OF DISMISSAL

The parties having announced to the Court that the plaintiff Samuel Strickland has settled his claims against the defendants Harvey Adams and State Farm Mutual Automobile Insurance Company, and the Court being advised that these parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the plaintiff Samuel Strickland's claims against the defendants Harvey Adams and State Farm Mutual Automobile Insurance Company are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff Brenda Strickland's claims against the defendants Harvey Adams and State Farm Mutual Automobile Insurance Company shall remain pending.

**SO ORDERED AND ADJUDGED** this the 12th day of December, 2016.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge